[No. 37212-6-II.   Division Two.   March 31, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. ELIJAH GIVENS, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 07-1-01710-1, Robert A. Lewis, J., entered January 4, 2008. *Affirmed in part* and *remanded* by unpublished opinion per Bridgewater, J., concurred in by Van Deren, C.J., and Houghton, J.

[No. 37521-4-II.   Division Two.   March 31, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. BARRY LEWIS BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 07-1-01905-7, Roger A. Bennett, J., entered March 19, 2008. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Penoyar, A.C.J., and Houghton, J.

[No. 37967-8-II.   Division Two.   March 31, 2009.]

*In the Matter of the Marriage of* CLAYTON R. JACOBSON, *Appellant*, and CELIA A. JACOBSON, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-3-02607-8, Frank E. Cuthbertson, J., entered July 19, 2006. *Affirmed* by unpublished opinion per Penoyar, A.C.J., concurred in by Houghton and Bridgewater, JJ.

[No. 26885-3-III.   Division Three.   March 31, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. RAYMOND MALCOMB SMITH III, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 07-1-00729-0, Cameron Mitchell, J., entered February 13, 2008. *Reversed* and *remanded* by unpublished opinion per Kulik, A.C.J., concurred in by Brown and Korsmo, JJ.